

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Buford D. Battle
State Auditor
Austin, Texas

Dear Sir:

Opinion No. O-3548
Re: Whether supervisor of colored
Vocational Agriculture teachers
may be paid from Rural Aid
Fund

     We have your letter of May 15, 1941, requesting our opinion in response to the following questions:

    "In making application for aid from the Rural Aid fund for 1940-1941, Tadmore Common School District No. 65 of Houston County listed the name of J. G. McAdams as a Colored Vocational Agriculture teacher in that school.

    "Upon investigation through the Vocational Division of the Department of Education it was learned that J. G. McAdams was a supervisor of Colored Vocational Agriculture teachers and traveled in several East Texas counties and acted directly under that Department.

    "Under these facts, in your opinion may or may not this school district claiming reimbursement upon this Vocational Agriculture teacher be allowed such reimbursement from the Rural Aid fund in the same manner as would be allowed on a regular teacher?"

    Your letter seems to indicate that J.G. McAdams is listed as a teacher in the Tadmore school only for the purpose of enabling him to be paid out of the Rural Aid Fund, and that he serves only as a supervisor of Vocational Agriculture teachers, rendering

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

the same type of service to a number of schools in several counties and being no more a teacher in the Tadmore school than in the others. If such are the facts the above question should be answered in the negative. Any variance in the facts might produce a different answer as indicated in our opinion No. 0-3547 today addressed to you.

Yours very truly

ATTORNEY GENERAL OF TEXAS

GRL:db

By .S.

Glenn R. Lewis
Assistant

APPROVED MAY 29, 1941

By S.
GROVER SELLERS
FIRST ASSISTANT ATTORNEY GENERAL

APPROVED OPINION COMMITTEE

BY S.
BWB
CHAIRMAN